FILED
2026 Mar-18 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>Cosmin Vaduva and Elena Andreea Caldarareasa<br><br>*Defendant(s)* | ) | Case No.<br>Mag. Number 26-126 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February and March 2026 in the county of Jefferson in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 1029(b)(2) | Conspiracy to commit access device fraud in violation of 18 USC 1029(a)(4) |
| 18 USC 1029(a)(4) | Access device fraud (trafficking in, having control or custody of, or possessing device-making equipment) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

jedmonds Digitally signed by jedmonds Date: 2026.03.18 13:44:12 -05'00'

*Complainant's signature*

Joshua Edmonds, Special Agent, US Secret Service

*Printed name and title*

Sworn to before me and signed in my presence. telephonically electronically

Date: 03/18/26

*Judge's signature*

City and state: Birmingham, Alabama

Hon. Nicholas A. Danella

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Edmonds, being duly sworn, state as follows:

## Introduction and Agent Background

1. I am a Special Agent with the United States Secret Service (Secret Service) and have been employed in that capacity since February 27, 2011. I am currently assigned to the Birmingham Field Office, in Birmingham, Alabama. Prior to becoming a Special Agent with the Secret Service, I was a Uniformed Division officer of the Secret Service for five years. During my time as a Secret Service Uniformed Division officer, I provided access control and protection for the White House complex in Washington, D.C. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Additionally, I completed the Special Agent Training Course held by the U.S. Secret Service in Beltsville, Maryland. I received both classroom and field training in all aspects of the investigation of financial crimes, access device fraud, and the detection of counterfeit access devices, including manufacturing processes and equipment, security features and other identifiers. In connection with my duties as a criminal investigator with the Secret Service, I received specialized training and experience in the investigation of cyber, computer, and electronic crimes. I am also a graduate of James Madison University, where I earned a Bachelor of Arts degree in English.

2. As part of the Secret Service, I am working in conjunction with the Birmingham Cyber Fraud Task Force (Cyber Fraud Task Force). The Cyber Fraud Task Force is a Secret Service-sponsored task force comprised of local, state, and federal law enforcement personnel from partner agencies throughout the state of Alabama and most of the state of Mississippi, whose duties are to investigate cyber-enabled financial crimes, including activities related to the fraudulent use of access devices, payment card skimming and re-encoding devices, identity theft, money laundering, and other types of fraud. During these investigations I have spoken to other law enforcement officers and analysts who routinely investigate these crimes, as well as victims, witnesses, and suspects of said crimes. From these conversations, I have learned the different methods by which suspects commit these crimes, types of tools commonly used to facilitate the crimes as well as the way suspects perpetrate the crimes.

3. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described below; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in

support of a complaint and arrest warrants, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

**Overview of the Investigation**

4. The Secret Service and Cyber Fraud Task Force are working with local, state, and federal agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance and theft of debit or credit card information. Those funds are typically distributed to Electronic Benefit Transfer (EBT) cards, which are used at point-of-sale (POS) terminals and ATMs to make qualifying food purchases and cash withdrawals. One way of stealing funds from EBT cards is through POS skimming devices that capture the cards' information and save it so that it can be reencoded onto new cards and used to make unauthorized purchases and payments.

5. Based on the information below, there is probable cause to believe that Cosmin VADUVA and Elena Andreea CALDARAREASA are responsible for crimes related to the installation and use of POS skimmers the Secret Service and Cyber Fraud Task Force have discovered at Birmingham-area stores. Specifically, there is probable cause to believe that VADUVA and CALDARAREASA conspired to commit access device fraud (18 U.S.C. § 1029(a)(4)), in violation of 18 U.S.C. § 1029(b)(2); and possessed and controlled and had custody of device-

making equipment, in violation of 18 U.S.C. § 1029(a)(4). I therefore submit this affidavit in support of an application for a criminal complaint and arrest warrants for VADUVA and CALDARAREASA.

**Public Benefits Access Device Fraud**

6. Since 2023, the Alabama Department of Human Services (ADHR) has detected a rise in the number of reports of fraud associated with the electronic debit cards issued to individuals and families who qualify for Alabama public benefits programs like the Family Assistance Program and the Food Assistance Program.

7. The U.S. Department of Agriculture has also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program (SNAP) that it administers through its Food and Nutrition Service. SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In Alabama, SNAP public assistance benefits are distributed through the Food Assistance Program, which is administered by ADHR's Food Assistance Division. Food Assistance Program funds are loaded into an account that a qualified recipient accesses by means of an access device, like a debit or credit card, called the EBT card. The EBT card system was developed to enable government agencies in Alabama and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-

based system through which authorization for qualifying food purchases and cash withdrawals are received via either a POS terminal or an ATM.

8. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families (TANF) program. TANF is a federally funded assistance program that awards grants to individual states to support low-income families with children. In Alabama, the TANF grant funds are managed through the Family Assistance Program, which is administered by ADHR's Family Assistance Division. The Family Assistance Program provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing TANF assistance receive money each month to help pay for housing, food, and other necessary expenses. Like Food Assistance Program funds, Family Assistance Program benefits are distributed by ADHR using the EBT card program.

9. After a recipient applies for, and is approved to receive, Alabama public assistance benefits from the Food Assistance Program or the Family Assistance Program the benefits are automatically distributed to the recipient's EBT card on a designated day of the month. In Alabama, the funds are distributed on a specific day of the month that corresponds with the last two digits of the recipient's assigned case number. To access their benefits to purchase eligible food items, recipients swipe their card through a POS terminal, or insert it into an ATM,

that records the card number, date, time, and amount of the transaction. The recipient then enters his or her unique Personal Identification Number (PIN) into a keypad to complete the transaction.

10. Fraudsters use POS skimming devices to steal these benefits. A POS skimmer is a device designed to capture and duplicate an access device, for the purpose of creating a counterfeit access device, to affect interstate commerce or between a state of the United States and a foreign country. A POS skimmer is placed over the top of a merchant POS terminal, where it captures a customer's credit or debit card information. Skimmers are designed to mimic merchant POS terminals, allowing the skimmer to steal the encoded card data and the user's PIN when the access device (such as an EBT card) is swiped or inserted in the terminal.

11. The stolen information is stored on the POS skimmer using an internal memory device. Transnational organized crime groups often utilize Bluetooth-enabled storage devices to recover the stolen card data using a hand Bluetooth-enabled cellular device, such as a smartphone. Digital forensic examiners can recover data from a POS skimmer's internal memory device.

12. Once the skimmed data is recovered, it is often re-encoded onto the magnetic strips of cards and shared with other members of the skimming scheme, who use the cards to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a

blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature is that the account number encoded on the cloned card's magnetic strip will not match the number embossed on the card's face. When fraudsters produce access devices or "clone cards," the card's magstripe is encoded with stolen credit card track data. Fraudsters often write the corresponding PIN numbers on the cards or a decal affixed to the card. This is done so the cards can be used to purchase goods at retail stores or for ATM cash-outs.

13. When installing a POS skimming device, individuals often conduct a "test transaction" to verify the device was successfully installed. This transaction involves making a small purchase using a gift card or other access device. Before they try to use reencoded access devices, individuals often conduct a "balance check" by calling the card processor.

14. One way to identify fraudulent activity is through Account Name Inquiry (ANI), a service provided by card processors that allows merchants to verify that the name provided by a cardholder matches the name held by his or her issuing bank. This service is useful for online transactions. Cyber Fraud Task Force personnel are aware that telephone numbers are often used as an ANI verification feature, and that card processors can conduct ANI queries to identify all linked card numbers and transactions.

15. Working with retailers and card processors, Cyber Fraud Task Force members have been able to identify individuals responsible for installing POS skimmers.

16. Members of the Cyber Fraud Task Force have participated in numerous anti-skimming community outreach operations throughout the country, including in both Alabama and Mississippi. Cyber Fraud Task Force personnel have trained store personnel in how to identify and locate POS skimming devices on their payment terminals. During outreach operations, Cyber Fraud Task Force members have located and removed POS skimming devices from both national and local retail establishments. Cyber Fraud Task Force personnel working with colleagues across the country have also identified nationwide trends on when and where POS skimming devices are installed at certain merchants or localities. Cyber Fraud Task Force members have investigated or participated in POS skimmer cases involving transnational organized crime groups operating throughout the United States, including in Alabama and Mississippi.

17. Nationally and locally, the Secret Service and Cyber Fraud Task Force personnel have gathered evidence that transnational criminal enterprises are targeting and stealing Alabama EBT client account information using POS skimming devices. These groups target POS terminals at large national retailers like Walmart, Family Dollar, and Dollar General stores, as well as smaller regional

or local grocery stores, variety stores, and international markets. These criminal organizations have targeted both inner-city and rural communities throughout Alabama and Mississippi given their high concentration of public benefit recipients.

18. Data provided by ADHR indicates that, since May 2023, throughout Alabama and elsewhere, unauthorized account users have stolen more than $16.5 million from ADHR recipients. These unauthorized withdrawals commonly occur throughout the month. Most of the stolen funds have been obtained through unauthorized ATM withdrawals outside Alabama.

**Recent Investigative Activity in the Northern District of Alabama**

19. On February 24, 2026, I learned that store personnel at the Family Dollar located at 3124 Alemeda Avenue SW, Birmingham, Alabama, had recovered a skimmer from a POS terminal the previous day. I recovered the POS skimmer and secured it for forensic processing including DNA, fingerprint, and digital forensic analysis.




**POS skimmer from Family Dollar, 3124 Alemeda Avenue SW, Birmingham, Alabama**

20. On February 26, 2026, members of the Cyber Fraud Task Force conducted a local outreach skimmer operation across the Birmingham metro area, canvassing about 67 locations. During the operation, the Secret Service collected a skimmer recovered earlier that day by store personnel at the Dollar General Market at 915 3rd Avenue West, Birmingham, Alabama. Cyber Fraud Task Force personnel secured the POS skimmer from the Ingenico Lane 8000 POS terminal where it had been placed. The device was secured for future forensic examination.




**POS skimmer from Dollar General, 915 3rd Avenue West, Birmingham, Alabama**

21. Dollar General Market store personnel identified the installation transaction for the skimmer. The transaction occurred on February 25, 2026, at 12:43:42 CST. An American Express gift card managed by Incomm Financial Services, Inc. (Incomm) was used for the transaction.

22. Incomm confirmed the gift card had been purchased at a CVS Pharmacy in Richmond, Virginia, on January 31, 2026. The ANI verification feature associated with the transaction and used to conduct balance inquiries was telephone number +1 (205) 897-9643. Incomm reported that the gift card had been used on February 25, 2026 at: (1) Dollar General, 701 Mongomery Hwy, Vestavia Hills, Alabama; (2) Dollar General, 1725 Ashville Rd, Leeds, Alabama; and (3) Tienda Mexicana Teresita, 1630 Forestdale Blvd, Birmingham, Alabama.

23. On February 27, 2026, Cyber Fraud Task Force personnel visited the three other locations Incomm had identified. Store personnel at the two other Dollar General locations, in Vestavia Hills and Leeds, each confirmed they had recovered skimmers from their POS terminals the days prior and had sent them to their corporate office. I responded to Tienda Mexicana Teresita, located at 1630 Forestdale Blvd, Birmingham, Alabama, where I found and removed a POS skimmer from a PAX S300 POS terminal.

24. I was able to recover surveillance video from Tienda Mexicana Teresita. The footage showed a white male with dark brown hair and a beard,

wearing a gray Nike hoodie and a gray belt bag, installing the POS skimmer. Next to him was a female with red hair and black roots, wearing a white shirt and a black and white houndstooth-patterned sweater. Store personnel stated the female was asking questions while the male was installing the skimmer.



**Photo of the skimmer installation at Tienda Mexicana Teresita**

25. I recovered additional video surveillance footage from the parking lot. A review of the footage revealed that the subjects did not park in front of the Tienda Mexicana Teresita and were seen approaching from the end of the strip mall.

26. Cyber Fraud Task Force personnel shared the surveillance images with partners and local and regional law enforcement entities.

27. On March 4, 2026, Mississippi Attorney General's Office Senior Investigator (and Cyber Fraud Task Force Officer) Nick Sprowles notified Secret Service Investigative Analyst Shinbaum (IA Shinbaum) that the male subject was possibly Cosmin VADUVA. VADUVA has a known credit card skimming history

with the Texas Financial Crimes Intelligence Center (FCIC). (The FCIC is a regional law enforcement center that tracks skimming-related financial crimes.)

28. On March 10, 2026, TFO Sprowles received a "Wanted Bulletin" from Sergeant Carl Koppeis of the Jefferson Parish Sheriff's Office in Louisiana regarding a skimmer that had been placed the same day in Gretna, Louisiana. The subjects appeared to be the same individuals involved in the Birmingham incidents.




**Jefferson Parish Sheriff's Office Bulletin**

29. On March 11, 2026, Sgt. Koppeis notified TFO Sprowles that he had identified a white 2008 Toyota Highlander with Virginia license plate SXN1296 as the possible suspect vehicle. TFO Sprowles used Automated License Plate Reader (ALPR) sites and databases to track the travel pattern of the suspect vehicle. Automated realtime alerts were established for any time that license plate was captured by an ALPR. Shortly after identifying the suspect vehicle, an ALPR

captured it traveling north on Interstate 55 North entering Mississippi from Louisiana. TFO Sprowles alerted area law enforcement agencies to be-on-the-lookout (BOLO).

30. On March 12, 2026, TFO Sprowles was alerted that the suspect vehicle was seen entering Carroll County, Mississippi, on Interstate 55. TFO Sprowles notified the Grenada County 9-1-1 dispatch center and relayed the location and BOLO information. He contacted Grenada County Sheriff's Office Investigator Joey Ward (Inv. Ward), who conducted a vehicle stop at about one p.m.

31. There were two occupants of the vehicle: a male, identified as Cosmin VADUVA, and a female, identified as Elena Andreea CALDARAEASEA.

32. During his arrest, VADUVA provided his true name to Inv. Ward, and Cyber Fraud Task Force personnel later verified that identity based in part on Department of Homeland Security (DHS) database records showing that VADUVA was born in Romania and illegally entered the United States on or about February 3, 2015, at or near San Luis, Arizona.

33. During her arrest, CALDARAREASA provided her true name to Inv. Ward as well. Authorities verified her identity using a current Florida driver's license she presented to Inv. Ward, and also through DHS database records showing that CALDARAREASA was born in Romania. According to those

records, in 2018 she tried to enter the United States through Mexico but was denied entry.

34. Inv. Ward sent photos of the subjects to TFO Sprowles, who relayed them to Sgt. Koppeis and IA Shinbaum. The subjects were detained at the Grenada County Sheriff's Office. They remain detained on state charges today.

35. TFO Sprowles and Cyber Fraud Task Force Officer Nelson Chisholm (TFO Chisholm) responded to the Grenada County Sheriff's Office. A Mississippi state search warrant was obtained for the vehicle, and at approximately three p.m., TFO Sprowles, TFO Chisholm, and Inv. Ward searched the vehicle. In a black purse in the vehicle, they found bulk currency, later counted as $8,215.00, and various cards (access devices). In the center console armrest compartment, they found a stack of Vanilla Visa gift cards and an Apple iPhone. A second Apple iPhone was recovered on the front passenger seat.




**Items recovered from the vehicle search**

36. TFO Sprowles removed the cupholder in the center console and observed inconsistent paneling within the natural void of the compartment. Two white grocery bags were found concealed in the area; the grocery bags contained three overlay skimming devices for Pax S300 POS terminals. Located with the POS terminals were various electronics commonly used to build or necessitate skimming devices; a multimeter tool was in the cargo compartment. Based on my training and experience and discussions with other law enforcement personnel, I know that these tools can be used to build or service skimming devices.

37. TFO Sprowles examined the seized cards using a generic USB card reader to read the magstripe track data. TFO Sprowles compared track data with the visible printed or embossed data on the cards. The Vanilla Visa gift cards

located in the vehicle's center console armrest compartment contained small decals with handwritten PIN numbers. Thirty cards were examined and nine were found to be reencoded access devices; twenty-one were not reencoded. Redacted magstripe data from those nine cards are reflected below:

| MAGSTRIPE DATA | PIN |
|---|---|
| %E?;5424xxxxxxxx6805=281110110000343? | 1100 / 1893 |
| %5114xxxxxxxx6751=271210110000260? | 1020 / 4250 |
| %4001xxxxxxxx6015=28051210000005100000? | 1529 |
| %4253xxxxxxxx2748=29081210000068800000? | |
| %4075xxxxxxxx7449=300912100000654? | 0608 |
| %4080xxxxxxxx9727=27101010000000002160? | 8848 |
| %4001xxxxxxxx3089=29071210000055000000? | 1020 |
| %4769xxxxxxxx8250=2908121000003422223? | 0210 |
| %E?;5424xxxxxxxx6805=281110110000343? | |

38. Ten of the recovered gift cards were serviced by InComm. TFO Sprowles obtained the associated records, which contained the phone number +1 (205) 897-9643, which matched the same ANI telephone number associated with the skimmers recovered in Birmingham on February 25, 2026. TFO Sprowles asked InComm to provide the data for all the gift cards associated with this phone number.

39. On the afternoon of March 13, 2026, TFO Sprowles provided IA Shinbaum and me with the InComm information he had obtained. The data identified six potential skimmer locations in the Birmingham metro area.

40. On March 13, 2026, Secret Service Investigative Analyst Technical Advisor Wigley (IATA Wigley) and I went to those six locations. We found a skimmer on a PAX S300 POS terminal at the Super Oriental Market located at 243 West Valley Avenue, Homewood, Alabama.




**PAX S300 POS Skimmer, Oriental Market, Homewood, Alabama**

41. On March 13, 2026, IATA Wigley and I went to Midfield Meats, located at 1433 Woodward Road, Midfield, Alabama. We located an Ingenico Lane 3000 POS Skimmer on one of the two POS terminals there.




**Skimmer indicated with an Easy Sweep detection device, Midfield Meats**

42. Store management was able to locate store surveillance video of the skimmer's being installed. The following images show VADUVA and CALDARAREASA installing the skimmer and conducting test transactions at Midfield Meats on February 25, 2026.




**Skimmer installation at Midfield Meats**




**Conducting test transaction at Midfield Meats**



**VADUVA and CALDARAREASA at Midfield Meats**

43. On March 13, 2026, IATA Wigley and I went to the Food Outlet Tarrant, 2096 Springdale Lane, Birmingham, Alabama. When we asked the manager on duty if the store had located a POS skimmer, he immediately pointed to a poster hanging on the wall next to the manager's office. The poster was titled, "We're looking for you!! See Management" and contained a photograph of VADUVA and CALDARAEASEA inside the store. I spoke with the store manager, who said the skimmer had been found on March 6, and that he still had the skimming device, which he later turned over to IATA Wigley and me.




**"We're Looking For You" poster - Food Outlet, Tarrant, AL**



**VADUVA and CALDARAEASEA exiting Food Outlet Tarrant**

44. On March 16, the store manager provided IATA Wigley surveillance video of both VADUVA and CALDARAEASEA while in the store on February 24, 2026. A review of the video showed VADUVA installing the skimmer while CALDARAEASEA distracted the clerk and used her body to shield the clerk's view of VADUVA.



**CALDARAEASEA and VADUVA installing skimmer inside Food Outlet Tarrant**

45. IA Shinbaum was able to review License Plate Reader data from Alabama for the 2008 Toyota Highlander with Virginia license plate SXN1296, which VADUVA and CALDARAEASEA were in when stopped in Mississippi. LPR records placed the vehicle in the general area of locations where POS skimmers had been found in the Birmingham metro area.

46. A review of the access devices recovered during the traffic stop in Mississippi revealed that two cards contained encoded track data not associated with VADUVA or CALDARAEASEA: a Trustmark Bank debit Mastercard card in the name of Andre S Merrell, and a Bank of America debit Visa card in the name of Reda S. Elian.

47. The investigation and analysis of evidence, including from the execution of the Mississippi warrants, are ongoing. Law enforcement is still in the process of obtaining and reviewing additional bank and transaction records, conducting an analysis of the seized digital devices, reviewing store surveillance videos, and locating and interviewing potential identity theft victims.

48. The transactions described above therefore likely do not reflect the full scope of VADUVA's or CALDARAEASEA's access device fraud activity.

**Conclusion**

49. Based on the evidence described above, I submit there is probable cause to believe that VADUVA and CALDARAEASEA conspired to commit access device fraud, and that they used and attempted to use device-making equipment to capture, record, and duplicate unauthorized access devices with the intent to steal victims' bank account information and/or EBT account information and PINs.

jedmonds Digitally signed by jedmonds Date: 2026.03.18 13:44:53 -05'00'

Special Agent Joshua Edmonds
United States Secret Service

Sworn to telephonically and subscribed electronically this the 18th day of March 2026.

NICHOLAS A. DANELLA
United States Magistrate Judge