FILED
2026 Jun-17 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

PWW/JSC: June 2026
BHM GJ# 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **COSMIN VADUVA** | ) | |
| **and** | ) | |
| **ELENA ANDREEA CALDARAREASA** | ) | |

# INDICTMENT

## COUNT ONE

***Conspiracy to Commit Access Device Fraud***
**[18 U.S.C. §§ 371 and 1029(a)(1),(3) & (4) and (b)(2)]**

The Grand Jury charges that:

1. From on or about the 24th day of February 2026, and continuing until on or about the 12th day of March 2026, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

**COSMIN VADUVA**
**and**
**ELENA ANDREEA CALDARAREASA,**

did knowingly and with intent to defraud conspire and agree with each other, and others both known and unknown to the Grand Jury, to commit access device fraud in connection with device-making equipment, that is, equipment commonly referred to as skimmers, affecting interstate and foreign commerce, in violation of Title 18,

United States Code, Section 1029(a)(4) and (b)(2).

**Manner and Means of the Conspiracy**

2. It was part of the conspiracy that the defendants acquired, had control and custody of, and possessed device-making equipment.

3. It was part of the conspiracy that the defendants acquired, produced, used, and trafficked counterfeit and unauthorized access devices.

4. It was part of the conspiracy that the defendants acquired, produced, used, and trafficked more than fifteen counterfeit and unauthorized access devices.

**Overt Acts**

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed overt acts within the Northern District of Alabama and elsewhere, including but not limited to the following:

5. On or about February 24, 2026, the defendants installed device-making equipment, which is more commonly referred to as a skimmer, at the Dollar General located at 3214 Alemeda Avenue, Birmingham, Alabama.

6. On or about February 25, 2026, the defendants installed device-making equipment, which is more commonly referred to as a skimmer, at Midfield Meats, 1433 Woodward Road, Midfield, Alabama.

7. On or about February 25, 2026, the defendants installed device-making equipment, which is more commonly referred to as a skimmer, at Tienda Mexican

Restaurant, 1630 Forestdale Boulevard, Birmingham, Alabama.

8. On or about March 12, 2026, in Grenada County, Mississippi, the defendants were found in possession of device-making equipment, which are more commonly referred to as skimmers, and electronics used to build skimmers; more than fifteen counterfeit and unauthorized access devices, which are more commonly referred to as cards; and $10,215.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
***Possession of Device Making Equipment***
**[18 U.S.C. § 1029(a)(4)]**

The Grand Jury charges that:

On or about the 24th day of February 2026, in Jefferson County, within the Northern District of Alabama, the defendants,

**COSMIN VADUVA**
**and**
**ELENA ANDREEA CALDARAREASA,**

knowingly and with the intent to defraud, had control and custody of and possessed device-making equipment, more commonly referred to as skimmers, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

**COUNT THREE**
***Possession of Device Making Equipment***
**[18 U.S.C. § 1029(a)(4)]**

The Grand Jury charges that:

On or about the 25th day of February 2026, in Jefferson County, within the Northern District of Alabama, the defendants,

**COSMIN VADUVA**
**and**
**ELENA ANDREEA CALDARAREASA,**

knowingly and with the intent to defraud, had control and custody of and possessed device-making equipment, more commonly referred to as skimmers, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

**COUNT FOUR**
***Possession of Device Making Equipment***
**[18 U.S.C. § 1029(a)(4)]**

The Grand Jury charges that:

On or about the 25th day of February 2026, in Jefferson County, at a time and location separate and distinct from Count Three, within the Northern District of Alabama, the defendants,

**COSMIN VADUVA**
**and**
**ELENA ANDREEA CALDARAREASA,**

knowingly and with the intent to defraud, had control and custody of and possessed

device-making equipment, more commonly referred to as skimmers, affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

## NOTICE OF FORFEITURE
**[21 U.S.C. § 853]**

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants,

**COSMIN VADUVA**
**and**
**ELENA ANDREEA CALDARAREASA,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

*/s/Electronic Signature*
FOREPERSON OF THE GRAND JURY

PHILLIP W. WILLIAMS JR.
United States Attorney

*/s/Electronic Signature*
JONATHAN CROSS
Assistant United States Attorney